**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-62763-JTK**

**SAMANTHA DAVILA**,

Plaintiff,

v.

**LENNOX NATIONAL ACCOUNT SERVICES, LLC**,

Defendant.
______________________________/

## ORDER

**THIS CAUSE** came before the Court on the parties' Motion to Compel Arbitration and Stay Proceedings [ECF 8] filed on November 9, 2026.

For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** that:

1. the Motion [ECF 8] is **GRANTED**
2. the case is **STAYED** pending arbitration
3. the Clerk is directed to administratively **CLOSE** this case.

DONE in Chambers in Fort Lauderdale, Florida, on Tuesday, November 10, 2026.

**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record